Associated East Mortgage Company *v.* Carlson, Appellant.

Argued December 5, 1974. *Michael A. Paul,* with him *Jack Brian,* and *Richard, Brian, Di-*

*Santi & Hamilton,* for appellant; *James C. Buckley,* with him *Gibbons, Buckley & Smith,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.